**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR
CLERK**

**TELEPHONE
(804) 916-2700**

February 27, 2015

Fernando Galindo, Clerk
U.S. District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510-1915

Re:     **Bilenky v. Ryobi Ltd., et al**
          2:13-cv-00345-RAJ-DEM

Dear Mr. Galindo:

Review of the district court docket discloses that the district court is considering a motion under Fed. R. Civ. P. 50(b)(for judgment), 52(b)(to amend or make additional findings), 59(to alter or amend judgment or for new trial), or 60 (to vacate) filed within 28 days of entry of judgment. Under Fed. R. App. P. 4(a)(4), a notice of appeal filed after entry of judgment but before disposition of such a motion becomes effective upon entry of an order disposing of the last such motion.

This court will treat the notice of appeal as filed as of the date the district court disposes of such motion, and will docket the appeal following disposition of the motion. Please notify this court upon entry of an order disposing of the motion.

If a party wishes to appeal the district court's disposition of the motion, a notice of appeal or amended notice of appeal must be filed within the time prescribed for appeal, measured from entry of the order disposing of the last such motion.

Yours truly,

*/s/ Margaret Thomas*

cc: Richard Neal Shapiro, Esq.
Patrick Joseph Austin, Esq.
Robert Christopher Sullivan, Esq.
John Ryan Owen, Esq.
Dannel Charles Duddy, Esq.
Douglas Michael Grimsley, Esq.
Frederick W Bode , III, Esq.
Julie Smith Palmer, Esq.
Robert Latane Wise, Esq.
David James Esposito, Esq.