UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1753 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Ryobi Technologies, Inc. _____

_____as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Robert L. Wise _____
(signature)

Robert L. Wise _____          804.649.8200 ____
Name (printed or typed)                Voice Phone

Bowman and Brooke LLP _____     804.649.1762 ____
Firm Name (if applicable)              Fax Number

901 East Byrd Street, Suite 1650 _____

Richmond, VA 23219 _____        Rob.wise@bowmanandbrooke.com
Address                                E-mail address (print or type)

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2015 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Robert L. Wise _____          7/9/2015 _____
Signature                                  Date

05/07/2014
SCC