FILED: December 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1753
(2:13-cv-00345-RAJ-DEM)

_____

STEPHEN E. BILENKY, Adminstrator of the Estate of Frank S. Wright, deceased

        Plaintiff - Appellee

v.

RYOBI TECHNOLOGIES, INCORPORATED

        Defendant - Appellant

 and

HOME DEPOT USA, INCORPORATED; ONE WORLD TECHNOLOGIES, INCORPORATED; TECHTRONIC INDUSTRIES NORTH AMERICA, INCORPORATED; TECHTRONIC INDUSTRIES COMPANY, LIMITED; RYOBI NORTH AMERICA, INCORPORATED; RYOBI LTD.; THE HOME DEPOT, INCORPORATED

        Defendants

_____

O R D E R

_____

Upon consideration of the submissions relative to appellee's motion to

remand, the court denies the motion. Upon consideration of the appellant's Rule 27(b) motion to reconsider and vacate briefing order granting motion to suspend briefing, the court dismisses the motion as moot.

>For the Court
>
>/s/ Patricia S. Connor, Clerk